FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
CV07-813 MV/WPL
SEP 12 2007
MATTHEW J. DYKMAN
CLERK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**
U.S. District Court
333 Lomas Blvd. NW RM 270
Albuquerque, New Mexico.
Z/c 87102

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)**
Mr. Shawn Yazzie #07801-046
P.O. Box 1000
Marion, Illinois.
Z/c 62959

**3. TYPE OF EMPLOYMENT:** ☒ CIVILIAN
**4. DATE OF BIRTH:** 5·14·1977
**5. MARITAL STATUS:** Married
**6. DATE AND DAY OF ACCIDENT:** October 6th 2004
**7. TIME (A.M. or P.M.):** 11:00 AM

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

My Basis of Claim of Personal Injury is Physical My Incarceration Caused with Malicious Vendetta by Attorney Mr. Todd B. HotchKiss Professional Malpractice not allowing me to have rights or Exercise my Due Process. And For Committing Treason Insubordination and Terrorism Tactics against the Laws of the Sovereign Nation the Navajo Indian Nation and against The Constitution and Laws of the United States of America

• Continue to 8. Basis of Claim attachment all following Sheets

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, street, city, State, and Zip Code)
N/A

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side.)
N/A

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

NOTE: Refer to all References supporting 8. Basis of Claim attachment all following sheets

## 11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| N/A | N/A |

## 12. AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $777,000.00 | N/A | $777,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.) [signature]
**13b. Phone number of signatory:** N/A
**14. DATE OF CLAIM:** 9·12·2007

### CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM

The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

### CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS

Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-109
Previous editions not usable.
Designed using Perform Pro, WHS/DIOR, Jun 98
NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

8. Basis of Claim

In which Attorney Mr. Todd B. Hotch acted with Expert Witness did knowly beyond his Scope With forethought Knowledge With intent of Error Committed Treason Insubordination and Terrorism in a Court of Law Violating all Laws of the Sovereign Navajo Indian Nation and Violating all Laws of the Constitution and the Laws of the United States. He Attorney Mr. Todd B. HotchKiss knew The Bill of Rights and the Fourteenth Amendment did not apply directly to Indian Tribes U.S.C.A. Const. Amend 14;

Indian tribes, although limited Sovereigns, have retained the right to try and punish Individuals who transgress their Laws. This right is not derived from the Federal Government but is inherent in the tribes Sovereignty. He could have exercised my rights by stating by whom Jurisdiction to they the Courts have upon The Accused Mr. Shawn Yazzie for he committed NO Federal Crime against the United States and he committed NO State Criminal Offense against United States.

For the Professional Malicious Malpractice Derelictions of Professional Duties as a Attorney of Law for not Respecting the Laws of Representation NOT Respecting all the Laws of the Country United States of America in exercising Bias Fraudulent did Proclaimed fully Knowledgeable of all Federal Criminal Law on all Federal Government Indian Reservations. Resulting in my Personal Injury Physically as known Incarcerated.

Attorney Mr. Todd B. HotchKiss knew that the Treaty between the United States of America and the Navajo Indian Nations Concluded June 1, 1868 ● Ratification Advised July 25, 1868 Proclaimed August 12, 1868 He Attorney Mr. Todd B. HotchKiss Violated Article X of the treaty. And he didn't try to exercise that to have a Jury of my Peers 6 of the 12 Juries had to be Indian. Please look at Exhibit # A U.S. Constitution Amendment XIV 1868 Section 2. Highlighted in Yellow By the Language of the Law of this Country United States The Constitution of the United States doesn't apply to me as a Tribal Member with a Census Number of the Navajo Indian Nation whom which the I.R.A. Indian Reorganization Act doesn't not Apply to any and all of the Navajo Indian Sovereign Nation Nor to the Navajo Indian Sovereign Nation Bill of Rights. I am under "Common Law" on the Indian Federal Reservation and the Common Law Applies to me again off the Indian Reservation. Attorney Mr. Todd B. HotchKiss in exercising his Expert witnessing Expert Knowledge of all Laws Violates the "Color of Law" and violates my Dueprocess under the Color of Law by committing Professional Malpractice

In the Federal Indian Law he would not exercise in my behalf Look at Exhibit # B he committes the Vendetta Acts of Treason Insubordination Terrorism to ensure enhance My Personal Injury Incarceration he Attorney Mr. Todd B. HotchKiss needs to be made to pay for all of his Professional Malpractice infractions and all those Laws he violated barred for practicing a Profession And be made to show his Resume he knows all Federal Indian Laws and his degree he qualifies to practice Law Federal Law State Law when in fact he exercised Martial Law in Court against me using his Professional Malpractice to cause me permanent Personal Injury Incarceration Respectfully Submitted

## Amendment XIV [1868]

**Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**Section 2.** Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

**Section 3.** No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

**Section 4.** The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

# Exhibit # B

Santa Clara Pueblo
v
Martinez

436 U.S. 49, 56, 98 S Ct. 1670,
56 L.Ed 2d 106 (1978)

Wherein it was established, that the
Bill of Rights and the
Fourteenth Amendment.
 However do not apply directly
to tribes " As seperate sovereigns,
pre-existing the Constitution,
 tribes have historically been regarded
as unconstrained by those
 Constitutional provisions
 framed specifically as
limitations on Federal or State
 Authority

Shawn Yazzie
07801-046
United States Penitentiary Marion
Po Box 1000
Marion, IL

RECEIVED
At Albuquerque NM

SEP 17 2007

MATTHEW J. DYKMAN
CLERK

RM. 270

United States District Court
333 Lomas Blvd., N.W.
Albuquerque, NM
z/c 87102

- Legal Mail -